| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas

**ENTERED**
March 16, 2016
David J. Bradley, Clerk

Alfredo Moctezuma, §
　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　§
versus　　　　　　　　§　　　Civil Action H-15-2860
　　　　　　　　　　　§
American Heritage Life Insurance Company, §
　　　　　　　　　　　§
　　　　Defendant. §

# Final Dismissal

1. Having been advised that the parties reached a settlement, Alfredo Moctezuma's claims against American Heritage Life Insurance Company are dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on March 15, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge